UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

RAMON JAQUEZ, Individually, and On          :     Case No.: 1:22cv2569
Behalf of All Others Similarly Situated,     :
                                             :
                                             :
                    Plaintiff,               :
        vs.                                  :     **NOTICE OF VOLUNTARY DISMISSAL**
                                             :
                                             :
ANAONO, LLC, INC.                            :
                                             :
                    Defendant.               :
                                             :
                                             :
———————————————————————— x


        Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff

Ramon Jaquez hereby gives notice that the above-captioned action is voluntarily dismissed, with

prejudice against defendant AnaOno, LLC, Inc.

DATED:  July 29, 2022                        **MIZRAHI KROUB LLP**


                                        _____/s/ Edward Y. Kroub_____
                                                 EDWARD Y. KROUB

                                        EDWARD Y. KROUB
                                        JARRETT S. CHARO
                                        WILLIAM J. DOWNES
                                        200 Vesey Street, 24th Floor
                                        New York, NY  10281
                                        Telephone:  212/595-6200
                                        212/595-9700 (fax)
                                        ekroub@mizrahikroub.com
                                        jcharo@mizrahikroub.com
                                        wdownes@mizrahikroub.com

                                        *Attorneys for Plaintiff*